FILED
2014 Dec-03 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAIN STREET CHECKS, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-01066-AKK |
| ) | |
| GRAPHIC RESOURCE, INC., ) | |
| ) | |
| Defendant ) | |

# MEMORANDUM OPINION

On November 18, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and plaintiff's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion for Default Judgment filed by plaintiff be granted.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 3rd day of December, 2014.

                                                    **ABDUL K. KALLON**
                                             UNITED STATES DISTRICT JUDGE